UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN PARKER,

    Plaintiff,

v.                                                Case No. 3:17cv150-LC-CJK

MARK T. RAAB,

    Defendant.
_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 20, 2019. (Doc. 38). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

    1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     Defendant Raab's Motion for Summary Judgment (doc. 34) is **GRANTED**.

3. The clerk is directed to enter judgment in favor of defendant Raab and against plaintiff.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of March, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**